**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv4710-MW/HTC**

**SIMMONS, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. After the Clerk's office mailed the report and recommendation to Plaintiff on September 2, 2026, this Court was notified of a change in Plaintiff's address on September 11, 2026. ECF No. 9. When the report and recommendation was returned as undeliverable on September 30, 2026, the Clerk's office mailed the report and recommendation to Plaintiff's updated address, ECF No. 10. This Court has verified on Florida's DOC inmate search that Plaintiff remains at the Graceville Correctional Facility where the report and recommendation was mailed a month ago. Moreover, the report and recommendation was not returned as undeliverable following its mailing to Plaintiff's updated address. However, no objections have been filed.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on October 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**